ACCEPTED
01-15-00631-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/7/2015 1:56:46 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00631-CV
IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

PETER J. PASKE, JR.,

APPELLANT,

V.

JOEL FITZGERALS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS THE
CHIEF OF POLICE OF MISSOURI CITY, TEXAS AND
THE CITY OF MISSOURI CITY, TEXAS,

APPELLEES.

FIRST [UNOPPOSED] MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF

Margaret A. Harris
State Bar No. 09081400
S.D. Tx. No. 00087
Paul R. Harris
State Bar No. 24059905
Butler & Harris
1007 Heights Boulevard
Houston, Texas  77008
(713) 526-5677
Fax (888) 370-5038

Attorneys for Peter J. Paske, Jr.

TO THE HONORABLE FIRST COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellant, Peter J. Paske, Jr., files this Unopposed First Motion to Extend Time to File Appellant's Brief.

Appellant's opening brief is currently due on October 19, 2015.

Counsel for Appellant requests a 7-day extension of time to file its brief, making the brief due on October 26, 2015. This is the first request for extension of time to file the opening brief.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

Counsel for Appellant is presenting at an out-of-town CLE and not returning to the office until Tuesday, October 13, 2015. She is also undergoing medical testing and has an appointment with a physician later in that day and another appointment later in the week. It uncertain at this time whether and when other appointments will occur.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

The undersigned has conferred with opposing counsel, and he has indicated that his client does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this Unopposed First Motion to Extend Time to File Appellant's Brief and extend the Deadline for Filing the Appellant's Brief up to and including October 26, 2015. Appellant all other relief to which it may be entitled.

Respectfully submitted,

/s/Margaret A. Harris
State Bar No. 09081400
S.D. Tx. No. 00087
Paul R. Harris
State Bar No. 24059905
Butler & Harris
1007 Heights Boulevard
Houston, Texas  77008
(713) 526-5677
Fax (888) 370-5038

Attorneys for Peter J. Paske, Jr.

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for Appellees regarding this motion and that Appellees are not opposed to this motion.

/s/Paul R. Harris

**CERTIFICATE OF SERVICE**

I certify that on October 7, 2015, the below listed counsel were served with a copy of this motion by via the court's electronic filing system:

Norman Giles
William S. Helfand
Chamberlain, Hrdlicka, White, Williams & Aughtry
1200 Smith, Suite 1400
Houston, Texas 77002

*Counsel for Appellees*